BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2775

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.L., a minor by and through his Guardian Ad Litem, KARI ANN JUNIO, | Case No.  1:13-CV-00401-AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DEFENDANT UNITED STATES' MOTION TO DISMISS |
| v. | |
| MARGARET VASSILEV, M.D.; RODOLFO VICENTE, M.D.; MARK WISEMAN, M.D.; PAVEL MUNDL, M.D.; L. FERNANDEZ, RN; S. GREEN, RN; O. PADILLA, RN; C. NIESSINK, RN; COUNTY OF TULARE; KAWEAH DELTA HEALTHCARE DISTRICT; SANDRA BOSMAN, M.D.; UNITED STATES OF AMERICA; LORI ANN M. BOKEN, M.D.; T. PLUNKETT, RNC; D. BRACKETT, RNC; B. BROWN, RNFA; and Does 1 through 50, | |
| Defendants. | |

Plaintiff D.L., a minor by and through his Guardian Ad Litem, Kari Ann Junio, and defendant United States of America, through their respective undersigned counsel, hereby agree and STIPULATE, subject to the Court's approval, that the United States' motion to dismiss, currently noticed for hearing on April 22, 2013, be continued to June 3, 2013, at 1:30 p.m.  The continuance is necessary because counsel for plaintiff must undergo surgery on April 3 and will be unable to file his opposition to the motion by the April 8 deadline provided by E.D. Cal. R. 230(c).

IT IS SO STIPULATED.

1

2     DATED:  April 3, 2013

3

4

5

6

7

8     DATED:  April 3, 2013

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

NUTTALL & COLEMAN

*/s/ Mark W. Coleman*   (authorized by 4/2/13 email)

_____

MARK W. COLEMAN
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

*/s/ Bobbie J. Montoya*

_____

BOBBIE J. MONTOYA
Assistant United States Attorney

Attorney for Defendant United States of America

**ORDER**

The foregoing stipulation between Plaintiff and Defendant United States of America is hereby

APPROVED.  Defendant United States' motion to dismiss, currently noticed for hearing on April 22,

2013, is hereby continued to June 3, 2013, at 1:30 p.m., in the Courtroom of the Honorable Anthony W.

Ishii, United States District Judge, in the Robert E. Coyle Federal Courthouse, 2500 Tulare Street,

Courtroom No. 2 (8th Floor), Fresno, California.

IT IS SO ORDERED.

Dated:   April 3, 2013        _____

SENIOR  DISTRICT  JUDGE